# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00018-CV

**Shakeel Mustafa, Appellant**

**v.**

**Pakiza Asim, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY, NO. 11-0061-FC1, THE HONORABLE THOMAS O. STANSBURY, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Shakeel Mustafa challenges the trial court's order on a motion to modify in the underlying SAPCR. Mustafa filed a motion to abate this appeal for the entry of findings of fact and conclusions of law that were not issued by the trial court after he timely requested them and gave notice to the court that they were past due. *See* Tex. R. Civ. P. 296; *id.* R. 297. Appellee Pakiza Asim filed a response stating that she agrees that the appeal should be abated and the case remanded to the trial court for the issuance of findings of fact and conclusions of law.

We grant Mustafa's motion, abate this appeal, and remand this cause to the trial court for the entry of the necessary findings of fact and conclusions of law. *See Billisits v. Billisits*, No. 03-21-00358-CV, 2022 WL 120484, at *1 (Tex. App.—Austin Jan. 12, 2022, no pet.) (per curiam). We instruct the trial-court clerk to prepare a supplemental record containing the findings of fact and conclusions of law. We further instruct Mustafa to file a motion to reinstate the appeal, a motion to extend the abatement, or a report advising us of the status of the case no later than May 25, 2023.

It is ordered on April 27, 2023.


Before Chief Justice Byrne, Justices Triana and Theofanis

Abated and Remanded

Filed:   April 27, 2023